UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TIMMY WALLACE,

                                    Plaintiff,

-against-

CITY OF NEW YORK ET AL,

                                    Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-3414 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court has received Plaintiff's letter regarding Plaintiff's request that the Court "accept and file all motions filed by Bernetta Wallace, because the enclosed power of Attorney give her a legal right to do so." Dkt. No. 17. Plaintiff's mother, Bernetta Wallace, may not sign any documents filed with the Court on Plaintiff's behalf. Plaintiff must sign all documents filed with the Court. However, once Plaintiff signs a document, he may give that document to his mother, or anyone else, to deliver it to the Court for filing.

      SO ORDERED.

DATED:    New York, New York
               September 20, 2022

                                                      */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge