UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMMY WALLACE,

                        Plaintiff,

-against-

CITY OF NEW YORK ET AL,

                        Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-3414 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court has received Plaintiff's October 19, 2022 letter. Dkt. No. 22. Per Judge Cronan's September 7, 2022 Order, the New York City Law Department (the "Department") must ascertain the identity of the John Doe officer in Plaintiff's second amendment complaint and the address where that officer may be served by November 7, 2022. Dkt. No. 14. The Department has not done so as of the date of this Order. If the Department does not identify the John Doe officer by November 7, 2022, the Department must notify the Court about the steps it has taken to obtain this information and the anticipated timing of its identification. The U.S. Marshals Service has until December 8, 2022 to effect service on Defendants.

      SO ORDERED.

DATED:    New York, New York
               October 31, 2022

                                               *Jennifer E. Willis*
                                               JENNIFER E. WILLIS
                                               United States Magistrate Judge