UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMMY WALLACE,

                               Plaintiff,

-against-

CITY OF NEW YORK ET AL,

                               Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-3414 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The docket reflects that the U.S. Marshals Service was unable to serve the individual defendants because the individual defendants do not work at the locations provided. Dkt. Nos. 29-32. Defendant City of New York shall provide the U.S. Marshals Service with the individual defendants' correct work locations by **December 7, 2022**.

SO ORDERED.

DATED:    New York, New York
                December 5, 2022

                                                   *[signature]*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge