UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TIMMY WALLACE,

                        Plaintiff,

          -against-

CITY OF NEW YORK *et al.*,

                        Defendants.
-------------------------------------------------------------------X

**ORDER**

**22-cv-3414 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Mr. Wallace's request for immediate injunctive relief and for an extension of time to file objections to this Court's Report and Recommendation. See Dkt. Nos. 75 and 93.

Mr. Wallace's request for immediate injunctive relief is DENIED. This Court has recommended the Defendant's Motion on the Pleadings be granted. Moreover, Mr. Wallace brings a claim for malicious prosecution and false arrest. His suit is for money damages, it does not challenge his underlying conviction. Therefore, Plaintiff is not entitled to injunctive relief directing a temporary stay at a different facility.

Mr. Wallace's request for an extension is GRANTED. Mr. Wallace shall have until **December 23, 2024** to submit objections to the Report and Recommendation.

**The Clerk of the Court is respectfully requested to close Dkt. Nos. 75 and 93.**

SO ORDERED.

DATED:    New York, New York
               September 25, 2024

                                                                              JENNIFER E. WILLIS
                                                                             United States Magistrate Judge