**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TIMMY WALLACE,

                            Plaintiff,

         -against-                                22 **CIVIL** 3414 (GBD)(JW)

                                            **JUDGMENT**

CITY OF NEW YORK, et al.,

                         Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 12, 2026, Defendants' motion for judgment on the pleadings, (ECF No. 46,) is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 17, 2026

                                     **TAMMI M. HELLWIG**
                                 _____
                                     **Clerk of Court**

               **BY:**          K. Mango

                                    _____
                                     **Deputy Clerk**