**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

TIMMY WALLACE                              :

                Plaintiff,          :          <u>ORDER</u>

    -against-                         :          22 Civ. 3414 (GBD)

CITY OF NEW YORK, *et al.*,                 :

               Defendant.          :

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

This Court is in receipt of *pro se* Plaintiff's request for an extension of time to file a motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e) ("Rule 59(e)"). (ECF No. 122.) "A court may grant a Rule 59(e) motion only when the [movant] identifies an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Metzler Inv. Gmbh v. Chipotle Mexican Grill, Inc.*, 970 F.3d 133, 142 (2d Cir. 2020) (internal citation and quotation marks omitted). "The standard for granting such a motion is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir.1995). Without an extension, Plaintiff must file his motion to alter or amend the judgment "no later than 28 days after the entry of the judgment." Fed. R. Civ. P. 59(e).

Nothing in the current record suggests that Plaintiff will be able to meet this strict standard. The Plaintiff's motion and accompanying declaration, (ECF No. 123,) point this Court to duplicative filings by Plaintiff. They contain numerous objections this Court considered and rejected in its February 12, 2026, Memorandum Decision and Order, which adopted the Magistrate

Judge's Report and Recommendation. (*See* ECF No. 118.) Plaintiff gives this Court no indication that his Rule 59(e) motion will not simply rehash those same arguments. Accordingly, Plaintiff's motion for an extension of time to file a Rule 59(e) motion to alter or amend the judgment is DENIED. The Clerk of Court is directed to close the open motion at ECF No. 122.

Dated: New York, New York
    March 12, 2026

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge

2