**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TIMMY WALLACE                                          :

                                                       :

                        Plaintiff,                     :                ORDER

                                                       :

            -against-                                  :        22 Civ. 3414 (GBD)(JW)

                                                       :

CITY OF NEW YORK, *et al.*,                            :

                                                       :

                        Defendant.                     :

                                                       .
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Upon review of all of Plaintiff's submissions, including Plaintiff's October 23, 2024, objections, Plaintiff's April 10, 2026, motion that this Court issue an order to alter or amend its February 12, 2026, judgment, (ECF No. 127,) is DENIED.

Dated: May 12, 2026
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniel*

                                      GEORGE B. DANIELS
                                      United States District Judge